19 N.Y.2d 661 (1967)
Max Hoffman, Appellant,
v.
Anna Silbert et al., Doing Business as Heiden Hotel, Respondents, et al., Defendant.
Court of Appeals of the State of New York.
Argued January 18, 1967.
Decided February 16, 1967.
Sidney Feldshuh, Martin M. Frank and Wynne B. Stern, Jr., for appellant.
Maley M. Cohen and E. Edan Spencer for respondents.
Concur: Chief Judge FULD and Judges VAN VOORHIS, BURKE, SCILEPPI, BERGAN, KEATING and BREITEL.
Order affirmed, without costs; no opinion.